**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-30301 |
| Plaintiff - Appellee, | D.C. No. 1:11-cr-00021-RFC |
| v. | |
| MICHAEL JOSPEH DELACRUZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Richard F. Cebull, Chief Judge, Presiding

Submitted June 26, 2012[**]

Before:    SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

Michael Joseph Delacruz appeals from the 120-month sentence imposed

following his jury-trial conviction for being a felon in possession of a firearm and

ammunition, in violation of 18 U.S.C. § 922(g)(1).  We have jurisdiction under 28

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1291, and we affirm.

Delacruz contends that the district court procedurally erred by failing adequately to explain the sentence and by relying on clearly erroneous facts. The district court did not procedurally err. The district court accurately described Delacruz's criminal history, considered the 18 U.S.C. § 3553(a) factors, and sufficiently explained the sentence imposed. *See United States v. Carty*, 520 F.3d 984, 991-93 (9th Cir. 2008) (en banc).

Delacruz also contends that his sentence is substantively unreasonable. The sentence imposed is substantively reasonable in light of the totality of the circumstances and the section 3553(a) sentencing factors. *See Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**